# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 15, 2013

**To:**   Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 13-3264 <br><br> Caption: <br> IN RE: <br> SOUTHWEST AIRLINES VOUCHER LITIGATION <br><br> APPEAL OF: GREGORY MARKOW, Objector |
| District Court No: 1:11-cv-08176 <br> District Judge Matthew Kennelly <br> Court Reporter Laura Brennan <br> Clerk/Agency Rep Thomas Bruton <br> Date NOA filed in District Court: 10/11/2013 |

If you have any questions regarding this appeal, please call this office.