# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| IN RE SOUTHWEST AIRLINES VOUCHER LITIGATION <br><br> GREGORY MARKOW, <br><br> Objector. | **DOCKETING STATEMENT** <br><br> **Case No. 13-3264** <br> **(cons. with No. 13-3109)** <br><br> Appeal from the Northern District of Illinois, <br> Case No. 11-CV-8176 |

## I. JURISDICTION OF THE DISTRICT COURT

The district court has jurisdiction under 28 U.S.C. § 1332(d)(2) because the plaintiffs' class-action complaint alleges claims of plaintiffs and the other class members that exceed $5,000,000 exclusive of interests and costs, and there are numerous class members who are citizens of states other than defendant's state of citizenship. For example, named plaintiff Adam J. Levitt is an individual and citizen of the State of Illinois, while Defendant Southwest Airlines Company is a publicly-traded corporation organized under the laws of the State of Texas with its principal place of business in the State of Texas and therefore is a citizen of Texas. *See* Complaint (11-cv-8176, Dkt. 1) at 3.

## II. JURISDICTION OF THE COURT OF APPEALS

The district court issued a Memorandum Opinion and Order Granting Final Approval and Incentive Awards on August 26, 2013 (11-cv-8176, Dkt. 141) ("Final Approval Order"), a Memorandum Opinion and Order Granting Plaintiffs' Petition

for Attorneys' Fees in Part on October 3, 2013 (11-cv-8176, Dkt. 152) ("Fee Order"), and the Final Judgment on October 10, 2013 (11-cv-8176, Dkt. 156) ("Final Judgment").

Objector-Appellant Markow filed a notice of appeal in the district court on September 24, 2013 (11-cv-8176, Dkt. 145), and paid the requisite filing fee of $455, receipt No. 0752-8761694 (11-cv-8176 Dkt. 144). This appeal was docketed as No. 13-3109, and appellate jurisdiction in No. 13-3109 was perfected when the district court issued final judgment on October 10. Fed. R. App. Proc. 4(a)(2); 28 U.S.C. § 1291. As explained in the docketing statement for No. 13-3109, Markow believed this notice premature, but, because the district court closed the case, and because Fed. R. App. Proc. 4(a)(2) permits premature notice of appeals, he appealed in an abundance of caution.

Mr. Markow filed an Amended Notice of Appeal (11-cv-8176, Dkt. 157) with the district court on October 11, 2013 encompassing the Final Approval Order, the Fee Order, and the Final Judgment. This amended notice of appeal was intended to modify the scope of the appeal of No. 13-3109, lest Markow waive the right to appeal the later-issued fee order. Instead, however, the Seventh Circuit has docketed it as a separate appeal, No. 13-3264. To the extent that the October 11 amended notice of appeal is treated as a new notice of appeal creating No. 13-3264, appellate jurisdiction rests under 28 U.S.C. § 1291 because Mr. Markow timely appealed the final judgment. Fed. R. App. Proc. 4(a)(1)(A).

## III. PRIOR OR RELATED APPELLATE PROCEEDINGS

As discussed above, there is one related appellate proceeding in this case, Appeal No. 13-3109. On October 16, 2013, this Court issued an order for "a brief memorandum stating why this appeal [No. 13-3109] should not be dismissed as unnecessary." As discussed in detail in that memorandum (No. 13-3109 Dkt. 14), Markow did not intend to create a second docketed appeal, but rather to clarify the scope of No. 13-3109. Markow has requested that what are now two appeals be treated as a single appeal with a single briefing schedule, which is currently stayed in No. 13-3109 under Cir. R. 33.

If administrative reasons require this Court to treat the October 11 amended notice of appeal as a new notice of appeal initiating No. 13-3264, and thus dismiss No. 13-3109 as duplicative, Markow requests that his docketing fee in No. 13-3109 be applied to the appeal here, and that the Cir. R. 33 stay order in 13-3109 be transferred to 13-3264.

Dated: October 18, 2013.          */s/ Theodore H. Frank*
                                  Theodore H. Frank
                                  CENTER FOR CLASS ACTION FAIRNESS
                                  1718 M Street NW, No. 236
                                  Washington, DC 20036
                                  Phone: (703) 203-3848
                                  Email: tedfrank@gmail.com

                                  *Attorneys for Gregory Markow*

## Certificate of Service

I hereby certify that on October 18, 2013, I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: October 18, 2013.

*/s/ Theodore H. Frank*
Theodore H. Frank