# United States Court of Appeals
## For the Seventh Circuit
## Chicago, Illinois 60604

July 21, 2014

**By the Court:**

| | |
|---|---|
| IN RE: | ] Appeals from the United |
|     SOUTHWEST AIRLINES VOUCHER | ] States District Court for |
|     LITIGATION | ] the Northern District of |
| | ] Illinois, Eastern Division. |
| ADAM J. LEVITT and HERBERT C. | ] |
| MALONE, individually and on behalf of | ] No. 1:11-cv-08176 |
| all others similarly situated, | ] |
|     Plaintiffs-Appellees, | ] Matthew F. Kennelly, Judge. |
|     Cross-Appellants, | ] |
| Nos. 13-3264, 13-3462, 14-2495, | ] |
|     14-2591 and 14-2602        v. | ] |
| SOUTHWEST AIRLINES COMPANY, | ] |
|     Defendant-Appellee, | ] |
|     Cross-Appellee. | ] |
| APPEALS OF: | ] |
|     GREGORY MARKOW and | ] |
|     ALISON PAUL, | ] |
|       Objectors-Appellants, | ] |
|       Cross-Appellees. | ] |

O R D E R

The court, on its own motion, orders that these appeals are CONSOLIDATED for purposes of briefing and disposition.

The briefing schedule is as follows:

- over -

1. Objectors shall file their opening briefs and required short appendices in the main appeals docketed in 13-3264, 13-3462, 14-2591 and 14-2602 on or before August 15, 2014.

2. Plaintiffs shall file their combined responsive brief in the main appeals and opening brief and appendix in the cross-appeal docketed in 14-2495 on or before September 15, 2014.

3. Defendant shall file its responsive brief in the main appeals on or before September 15, 2014.

4. Objectors shall file their combined reply briefs, if any, in the main appeals and responsive brief in the cross-appeal on or before October 15, 2014.

5. Defendant shall file its responsive brief in the cross-appeal on or before October 15, 2014.

6. Plaintiffs shall file their reply brief, if any, in the cross-appeal on or before October 29, 2014.

Counsel for the various parties are encouraged to avoid unnecessary duplication by filing a joint brief or a joint appendix or by adopting parts of a co-party's brief. Duplicative briefing will be stricken and may result in disciplinary sanctions against counsel. *See United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

**Important Scheduling Notice!**

> **Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http//www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).**